UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

UNITED STATES OF AMERICA,

                Plaintiff,                Case No. 1:05-CR-30058-MC

v.                                                  ORDER TO REFUND

MICHEL HOLLORAN-MARSHALL

                Defendant.

      An order to dismiss the garnishment on this case was issued on March 21, 2023. Since that date, the Clerk's Office has received an additional six $75.00 payments, yielding a total of $600.00 collected from the garnishee after the dismissal was entered. Information from the Financial Litigation Program of the U.S. Attorney's Office disclosed that the dismissal paperwork had been sent to the incorrect address. The dismissal was resent to the garnishee and payments were stopped. The last payment received by the Clerk's Office is dated July 11, 2023. The defendant continues to make monthly payments of $350.00. There is a restitution balance due of $45,263.22. The $600.00 received after the garnishment was dismissed should be refunded to the defendant in this case.

      Accordingly, the Clerk of Court is hereby ordered to disburse $600.00 to the defendant, Michel Holloran-Marshall.

      IT IS SO ORDERED.

      DATED: 8/25/2023

_____
Michael McShane
UNITED STATES DISTRICT JUDGE